IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ROBERT L. STAPP, JR., MICHAEL ADAMS, ERIC BARBER, JOSE CAZARES, NARCISO CEVALLOS, ZACHARY CORNETT, STEVE DAVENPORT, BENJAMIN DAVILA, CHANLEY DELK, ANTHONY DUTCHOVER, SHAWN HANEY, BRANDON HAYES, MARK A. HEINIS, CHRIS HOBAN, JAY HOLT, AUSTIN "RYAN" HOPPING, RYAN KENNEDY, CHRIS McALLISTER, GREG McALISTER, JONATHAN MASLOW, ROBERT MULLER, LANCE MURPHY, SAM NEVILS, CHAD PEDERSON, RON PHILLIPS, CODY QUINTANA, DANIEL SILEN, JAKE SMITH, JAMES C. SMITH, ABEL SOLIS, and JAKE SPARKS <br><br> v. <br><br> CITY OF BIG SPRING, TEXAS | § § § § § § § § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 10-CV-00234-C |

## ORDER ON JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

Before the Court is the parties' Joint Motion to Approve Settlement of Claims Under the Fair Labor Standards Act and to Enter Agreed Order and Agreed Final Judgment ("Joint Motion"), filed December 12, 2011.

In a letter to the Court from the mediator dated October 28, 2011, the mediator announced that the parties had reached a settlement. In their Joint Motion, the parties seek (a) the approval of this Court of the settlement agreement that the parties have reached and (b) entry of a final judgment dismissing this action with prejudice.

The Court finds that the Joint Motion is well-taken and GRANTS the Motion.

After reviewing the Joint Motion and the settlement agreement attached to the Joint Motion, the Court is of the opinion that the settlement reached is a fair and reasonable resolution of the disputed issues among the parties. The Court therefore APPROVES the settlement.

The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

The Court retains jurisdiction of this case solely for purposes of enforcing the settlement agreement if necessary.

IT IS SO ORDERED.

SIGNED this 13th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/ Martha P. Owen
Martha P. Owen
State Bar No. 15369800
B. Craig Deats
State Bar No. 05703700
DEATS, DURST, OWEN & LEVY, P.L.L.C.
1204 San Antonio Street, Suite 203
Austin, Texas  78701
(512) 474-6200
(512) 474-7896 – Facsimile

ATTORNEYS FOR PLAINTIFFS


/s/ Jon Mark Hogg
Jon Mark Hogg
State Bar No. 00784286
JACKSON WALKER L.L.P.
301 West Beauregard Avenue, Suite 200
San Angelo, Texas  76903
(325) 481-2550
(325) 481-2552 - Facsimile

ATTORNEYS FOR DEFENDANT